UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>United States</u>

     v.                    Case No. 04-cr-61- 01-SM

<u>Martha Violette</u>

<u>      </u>

<u>ORDER</u>

Re: Document No. 118, Motion for Downward Departure

Ruling: Motion denied; Absent vacation of the sentence imposed, for which no good grounds are asserted, <u>see</u> 18 U.S.C. § 2255, the court is without authority to reduce the imposed sentence as more than 7 days have elapsed and no motion by the government has been filed.  <u>See</u> Fed. R. Cr. P. 35.


_____
Steven J. McAuliffe
Chief District Judge

Date:  October 11, 2005

cc:  Mark Sisti, Esq.
     Joseph Laplante, AUSA