**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

United States of America

    v.                                        Criminal No. 04-cr-61-01-SM

Martha Violette


**O R D E R**

On October 11, 2007, defendant appeared for a "probable cause" hearing under Fed. R. Crim. P. 32.1 on one alleged violation of conditions of supervision.  Defendant stipulated to probable cause on the violation.  I therefore find probable cause to hold her for a revocation hearing.

Defendant sought bail conditions under Rule 32.1(a)(6).  Under Rule 32.1(a)(6) defendant bears the burden of establishing by clear and convincing evidence that she will not flee and that she poses no danger to any other person or to the community.  In addition, she must satisfy the court that there is a likelihood that she will abide by bail conditions.  She has been given three prior "chances" and has now violated twice for methamphetamine and twice for cocaine.  It is apparent that a strong regimen is needed which is not now in place.  She is unlikely to abide by conditions until it is in place.

Accordingly, it is **ORDERED** that the defendant be detained pending trial.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: October 12, 2007

cc:   Jonathan Cohen, Esq.
      Joseph N. Laplante, Esq.
      U.S. Marshal
      U.S. Probation